**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Samuel B. Millinghausen, | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 24-12183 (PMM) |
| | : | |
| Legal Access Plans, LLC, Karen M. Drake, Robert L. Hyslop, Jr., Theresa M. Hyslop, Joy A. Capka, Maryann DiRenzo, Legal Access Management Group LLC, The LegalEase Group, Legal Access Plans, Inc., Legal Access Consulting, LLC d/b/a Legal Plans USA, Robert L. Heston, Jr., Peter Pride, Karen Henkel, and John Doe, | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | Adv. No. 24-0140 (PMM) |
| Samuel B. Millinghausen, | : | |
| Defendant. | : | |

**BRIEFING SCHEDULE REGARDING MOTION TO DISMISS**

**AND NOW**, upon consideration of the Defendant's Motion to Dismiss the Complaint (doc. #4, the "Motion");

It is hereby **ORDERED** that:

1) The Plaintiffs must file a response to the Motion on or before **January 8, 2025**; and

2) The Defendant may file a reply to the Plaintiffs' response, if he chooses, on or before **January 22, 2025**.

Dated: 12/12/24

_/s/ Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge